No. 766, October Term, 1947.  BARSKY ET AL. v. UNITED STATES, 334 U. S. 843.  The petitions for rehear-

ing are denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion the petitions should be granted. Mr. Justice Burton and Mr. Justice Clark took no part in the consideration or decision of these applications.